# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

______Little Rock____ Division

| | | |
|---|---|---|
| Irish Anderson<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br><br>Walmart Inc. and Tatiana Garcia<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 4:26cv273-BSM<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No<br><br>**FILED**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT ARKANSAS<br>MAR 16 2026<br>TAMMY H. DOWNS, CLERK<br>By: ________ DEP CLERK |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

This case assigned to District Judge Miller
and to Magistrate Judge ________

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Irish Anderson |
| Street Address | P.O. Box 253 |
| City and County | Bryant , Saline |
| State and Zip Code | Ar 72089 |
| Telephone Number | 501-804-7214 |
| E-mail Address | irish.anderson07@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Walmart Inc. |
| Job or Title *(if known)* | Corporation |
| Street Address | 1 Customer Drive |
| City and County | Bentonville, Benton County |
| State and Zip Code | AR 72716 |
| Telephone Number | (479) 273-4000 |
| E-mail Address *(if known)* | legal-notices@walmart.com |

Defendant No. 2

| | |
|---|---|
| Name | Tatiana Garcia |
| Job or Title *(if known)* | Senior Director, Risk Management (Direct Supervisor) |
| Street Address | 1 Customer Drive |
| City and County | Bentonville, Benton County |
| State and Zip Code | AR 72716 |
| Telephone Number | (479) 273-4000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Fernando Martinez (Senior Leadership) |
| Job or Title *(if known)* | Senior Director - International Infosec Service |
| Street Address | 1 Customer Drive |
| City and County | Bentonville, Benton County |
| State and Zip Code | AR 72716 |
| Telephone Number | (479) 273-4000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Dawn Scifres |
| Job or Title *(if known)* | People Lead (HR) |
| Street Address | 1 Customer Drive |
| City and County | Bentonvile, Benton County |
| State and Zip Code | AR 72716 |
| Telephone Number | (479) 273-4000 |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | David Glass Technology Center- EAST |
| Street Address | 805 Moberly Ln |
| City and County | Bentonville, Benton County |
| State and Zip Code | Ar 72712 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [x] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Other federal law *(specify the federal law)*:

  42 U.S.C. § 1981 (Race Discrimination in Contracts)

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Cyberstalking, Harassment, and Discriminatory Reduction of Equit

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

November 6, 2023, through June 11, 2025.

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race I was the only African- Americana i
- [x] color Only Black
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

Terminated by the Defendant following FMLA leave.

E. The facts of my case are as follows. Attach additional pages if needed.

I the only African American female and was subjected to ongoing harassment, cyberstalking, and a hostile work environment by my director and direct supervisor. I formally reported this conduct by filing six (6) internal ethics complaints and a police report with local law enforcement. In retaliation for these protected activities, I was singled out and my position was changed, while no other employees in my department were affected. This targeted change resulted in the immediate loss of my earned stock options and equity. Furthermore, I was denied earned PTO in retaliation for my complaints. Immediately after I was approved for and commenced protected FMLA leave, the Defendants terminated my employment. This termination was a direct act of retaliation for my internal complaints, my police report, and my use of FMLA leave. I am the only employee who was subjected to these specific adverse actions.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Date filed with EEOC: March 24, 2025.

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 02/19/2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(The $7 Million Request)
"Plaintiff respectfully requests that this Court award the following:
Economic Damages: Back pay from date of termination and Five Years of Front Pay totaling $1,368,640, based on the specialized nature of my $140k/year role and the reputational harm caused by the Defendant's false 'Ethics' charge.
Compensatory Damages: Award for severe emotional distress and panic attacks resulting from workplace harassment and cyberstalking.
Punitive Damages: $5,631,360 pursuant to 42 U.S.C. § 1981, to punish the Defendants for malicious and reckless

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/16/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Irish Anderson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## ATTACHMENT TO SECTION III: STATEMENT OF CLAIM

**I. The Parties** At all times relevant to this complaint, I was employed by **Walmart Global Tech, International Infosec Services (IIS)**. The following individuals are named as defendants for their direct roles in the discriminatory and retaliatory actions described herein:

- **Tatiana Garcia**, Senior Director (Direct Supervisor)
- **Fernando Martinez**, Director
- **Dawn Scifres**, Human Resources Business Partner

**II. Background & Disparate Treatment** I am a Black African American female and was the only Black woman in my department. Despite my advanced educational background (MBA) and strong performance, I was subjected to disparate treatment compared to my Caucasian colleagues. While my white counterparts were afforded flexibility, professional support, and assigned high-visibility projects, I was subjected to intense micromanagement, stricter working hours, and denied professional development opportunities.

**III. Protected Activity & Internal Complaints** Starting in September 2024, I engaged in protected activity by reporting this disparate treatment through Walmart's internal channels. Between September 2024 and April 2025, I filed a total of **six (6) internal ethics and HR complaints** regarding discrimination and retaliation, including:

- **September 20, 2024:** Ethics Report (WMT240910576) regarding discrimination.
- **December 15, 2024:** HR Open Door Complaint (HRC17103563) regarding retaliation and a hostile work environment.
- **January 2025 – April 2025:** Subsequent filings (WMT250113278, WMT250210982, WMT250417319) reporting escalating harassment.

**IV. Acts of Retaliation & Harassment** Following my complaints, the Defendants engaged in a pattern of escalating retaliation:

1. **Fabricated Performance Issues:** Defendant Garcia initiated a Performance Improvement Plan (PIP) without substantive evidence, which I believe was a pretext to justify termination.
2. **Invasion of Privacy & Stalking:** Defendant Garcia accessed my personal academic data and external professional information outside the scope of her authority. This was reported to the **Bentonville Police Department on May 6, 2025 (Incident: 2025-00017192)**.
3. **FMLA Interference:** Due to the severe stress and panic attacks caused by this harassment, I was granted FMLA leave. However, the Defendants continued to pursue disciplinary actions and eventually terminated my employment while I was protected by FMLA and in direct response to my ongoing ethics complaints.

**V. Conclusion** The actions of Walmart Inc., Tatiana Garcia, Fernando Martinez, and Dawn Scifres constitute a willful violation of **Title VII of the Civil Rights Act** and the **Family and Medical Leave Act (FMLA)**. I was subjected to a hostile work environment, stalked, and ultimately terminated in retaliation for my attempts to report racial discrimination.

# INDEX OF EXHIBITS

| Exhibit Number | Date(s) | Document Description |
|---|---|---|
| **Exhibit A** | 02/19/2026 | **EEOC Determination and Notice of Rights** (Right to Sue Letter) |
| **Exhibit B** | 09/2024 – 04/2025 | **Internal Ethics & HR Open Door Complaints** (Log of 6 formal reports regarding discrimination and retaliation) |
| **Exhibit B-1** | 09/20/2024 | Ethics Report: Discrimination/Disparate Treatment (WMT240910576) |
| **Exhibit B-2** | 12/15/2024 | HR Open Door: Formal Retaliation Complaint (HRC17103563) |
| **Exhibit B-3** | 01/22/2025 | HR Correspondence: Evidence of Retaliatory Scrutiny |
| **Exhibit B-4** | 01/25/2025 | Ethics Follow-up Report (WMT250113278) |
| **Exhibit B-5** | 02/20/2025 | Ethics Report: Continued Retaliation (WMT250210982) |
| **Exhibit B-6** | 04/30/2025 | Ethics Report: Escalating Harassment & Stalking (WMT250417319) |
| **Exhibit C** | 05/06/2025 | **Bentonville Police Incident Report** (No. 2025-00017192) regarding unauthorized surveillance/stalking |
| **Exhibit D** | 05/2025 – 06/2025 | **FMLA Approval & Medical Documentation** regarding stress-related leave caused by workplace harassment |
| **Exhibit D-1** | 05/05/25 – 05/15/25 | Approved FMLA Leave Period |
| **Exhibit D-2** | 05/19/25 – 06/01/25 | Approved FMLA Leave Period |

PLAINTIFF'S EXHIBIT
A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Little Rock Area Office**
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/19/2026

**To:** Irish Anderson
P.O. Box 253
BRYANT, AR 72089
Charge No: 493-2025-01053

EEOC Representative and email: ANABEL GRUNAUER
EQUAL OPPORTUNITY INVESTIGATOR (BILINGUAL-SPANISH)
ANABEL.GRUNAUER@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 493-2025-01053.

On behalf of the Commission,

Digitally Signed By:William A Cash
02/19/2026

William A Cash
Area Office Director

PLAINTIFF'S EXHIBIT B

September 20, 2024
Report Number: WMT240910576



# Follow-Up

**Once you have submitted an ethics question or concern, you will be issued a Report Number and password.**

Use this information to check the status or to provide additional detail.

## Report: WMT240910576

**^ Report Details**

Description of the Incident:

Ethics Report: Unethical Behavior, Discrimination, and Disperate Treatment Reported by: Irish Anderson Subject: Discrimination and Disperate Treatment: towards me in my department Date: September 19, 2024 ________________________ Overview: Discrimination and Disperate Treatment: The incidents described above reflect a clear case of discrimination and disperate treatment. As a Black African American female, I am being held to different standards compared to my white Caucasian colleague, Laura Bingaman. While I am closely monitored, subjected to stricter working hours, and denied professional opportunities such as CISSP certification, Laura is afforded more flexibility, leniency, and support. These differences in treatment are indicative of bias and unequal standards within the department. This report outlines ongoing incidents of unethical behavior, discrimination, and disperate treatment involving Laura Bingaman. I, Irish Anderson, am a Black African American female and the only Black women in my department. Laura Bingaman, a white Caucasian female, has received preferential treatment, resulting in inequitable treatment and bias, which I believe reflects discrimination. Concerns About Retaliation: As I, Irish Anderson, report these issues, I fear retaliation of being terminated for my position for speaking up, especially given Laura's preferential treatment. I seek assurances that no retaliatory actions will be taken as a result of this report. And Request that I be remove from Laura Bingman and Tatiana Garcia ________________________ Timeline of Events: 1. Tuesday, September 10, 2024 – 10:00 AM: Laura initially approved my CISSP certification training, and I charged it to the company credit card. However, Laura later removed my approval from the spreadsheet and denied authorizing it, which negatively impacted my career development and progress toward certification. Another associated witness that Laura added me on the spreadsheet to take my CISSP than a couple days late took it back the witness is (Associate name Lynn Schmidt) (Also see proof of the screen shot of Laura edit history noticed she remove the 750.00 which was the estimated CISSP cost (SEE EVIDENCE 1 AND 2) 2. Tuesday, August 27, 2024 – 8:54 AM: I asked Laura for assistance with a Jira task that wasn't displaying correctly. Despite my repeated requests, Laura did not offer help, stating she was too busy. I eventually had to seek assistance from another colleague, Lynn, to complete the task. This neglect delayed my work and further demonstrated the lack of support I receive from Laura. (SEE EVIDENCE 3) 3. Monday, September 16, 2024: During a touch base meeting with my manager, Tatiana Garcia, I was informed that I must work strictly from 8:00 AM to 5:00 PM, with no exceptions, despite previously arriving early. I asked if this new schedule applied to Laura as well, but I was told she had been given flexibility. After this meeting, I observed that Laura continued to leave work early without consequence, while I was held to the new rule. 4. Tuesday, September 17, 2024 – 4:00 PM: Laura left work early once again, while I remained in the office as required. This is a clear example of disparate treatment, as I was being strictly held to the new work hours, while Laura continued to benefit from greater flexibility. 5. Thursday, September 19, 2024 – 2:43 PM: Laura left early again, further demonstrating the unequal treatment between us. I have been closely monitored, while Laura's actions have gone unchecked. 6. Tatiana Garcia's Monitoring of My Location: In addition to the unequal enforcement of work hours, my manager, Tatiana Garcia, frequently asks where I am and whether I am physically in the office, seemingly to ensure I adhere to the strict 8:00 AM to 5:00 PM schedule. This constant surveillance feels targeted and contributes to the discriminatory environment I face, as Laura is not subjected to the same level of scrutiny. (SEE EVIDENCE 4) 7. Friday, September 2024 – Video Chat with Laura: During a video chat to discuss an email I sent, Laura belittled my work, saying I couldn't complete an easy task. She further escalated the conversation by yelling at me, saying I...

EXHIBIT
B-1






**Once you have submitted an ethics question or concern, you will be issued a Report Number and password.**

Use this information to check the status or to provide additional detail.

remained in the office as required. This is a clear example of disparate treatment, as I was being strictly held to the new work hours while Laura continued to benefit from greater flexibility. 5. Thursday, September 19, 2024 – 2:43 PM: Laura left early again, further demonstrating the unequal treatment between us. I have been closely monitored, while Laura's actions have gone unchecked. 6. Tatiana Garcia's Monitoring of My Location: In addition to the unequal enforcement of work hours, my manager, Tatiana Garcia, frequently asks where I am and whether I am physically in the office, seemingly to ensure I adhere to the strict 8:00 AM to 5:00 PM schedule. This constant surveillance feels targeted and contributes to the discriminatory environment I face, as Laura is not subjected to the same level of scrutiny. (SEE EVIDENCE 4) 7 Friday, September 2024 – Video Chat with Laura: During a video chat to discuss an email I sent, Laura belittled my work, saying I couldn't complete an easy task. She further escalated the conversation by yelling at me, saying I couldn't comprehend simple tasks and that I was unfit for the position because I couldn't keep up. I informed her that I would report her behavior to Senior Director Fernando Martinez, to which she responded that it would be difficult for him to believe me and that I should have my facts together. Her yelling and belittling at me is part of the discriminatory and hostile treatment I've been experiencing. (Additional: when she belittle me in the message chat. (SEE EVIDENCE 5) ______________________________ ______________________________ Conclusion: I request a thorough investigation into the discrimination and disparate treatment I have experienced, particularly regarding the unequal enforcement of work hours, the revocation of my CISSP certification, and the constant monitoring of my location by my manager, Tatiana Garcia. These actions violate workplace equality and contribute to a hostile work environment. I ask for prompt corrective action and assurances that no further retaliation will occur. ______________________________ Attachments: • Screenshots of communications • Proof of revoked CISSP certification training approval • Also have another witness of associates who seen the approve CISSP certification • Time records showing discrepancies in work schedules • Witness Employee: Lynn Schmidt ______________________________ Submitted by: Irish Anderson (EVIDENCE 1), Laura remove the approve CISSP from the spreadsheet (SEE IMAGE BELOW) Evident 2 Laura lying by saying she didn't approve it when in doubt she did (See image of conversation. (EVIDENCE 3) (EVIDENCE 4 Part 1) (EVIDENCE 4 part 2) (EVIDENCE 4 Part 3) (EVIDENCE 5)

Location of the Incident:

Country: United States of America
State: Arkansas
City: Bentonville

Report submitted on:

September 20, 2024

**Report History**

**Additional Info**

pg. 2 of 6

Contact Us Code of Conduct Report a Concern Follow-Up FAQs Integrity in Action Logout

REVIEW

End

Reporter
15month ago

Additional Evidence connected to Retaliation Connected to Self-Evaluation Feedback Impacting Professional Opportunities Timeline of feedback and related incidents post-complaint filing in light of my prior ethics complaint concerning discriminatory and disparate treatment. I am adding evidence to highlight retaliation following the filing of that complaint. Specifically, I want to bring attention to recent feedback I received from my Director, Tatiana Garcia, regarding my self-evaluation, which I believe serves as another instance of retaliatory behavior. Incident Summary After submitting my self-evaluation, on 12-2-2024Tatiana provided her feedback stating it was "unprofessional" and it was one of the "worst self-evaluation" she had ever reviewed. This extreme characterization not only undermines my professional reputation but also creates a hostile environment by demeaning my efforts. Furthermore, this harsh feedback appears to be a direct response to my previous complaint, which has strained our working relationship. Tatiana's remarks were coupled with additional critical feedback about my performance, including: • Proactiveness: Tatiana claimed I lacked initiative, resulting in delays and rework. This critique lacked specific examples, making it difficult to address or improve upon. • Quality of Work: She mentioned "minor oversights and errors," which she suggested "accumulate" and affect team performance. These statements are broad and unsupported by concrete evidence or comparisons to team benchmarks. • Self-Evaluation: While presented as an "opportunity for development," her feedback that I revisit my self-evaluation seems retaliatory in tone and intent, as it dismisses my contributions rather than fostering genuine growth. As a result, this can interfere and Impact on Career and Bonuses This targeted critique and her characterization of my work as lacking proactiveness and quality may significantly impact my elig

Pg 3 of 6

that this escalation of critical feedback aligns closely with my submission of a formal ethics complaint against Tatiana. The tone and content of the feedback suggest an attempt to build a negative paper trail rather than provide constructive support. This pattern aligns with my concerns about being subjected to increased scrutiny and hostility following my prior report. Requesting addition Investigation I respectfully request that this additional evidence be reviewed as part of my ethics complaint. It is essential to determine whether this feedback is an isolated incident of performance review or part of a retaliatory pattern designed to undermine my position, reputation, and earning potential within the organization. I seek assurance that these actions will be thoroughly investigated and that my professional contributions will be fairly evaluated moving forward without bias or retaliation. Attachments: • Self-evaluation document submitted • Feedback email from Tatiana Garcia with highlighted areas of concern • Timeline of feedback and related incidents post-complaint filing

**Communication from Ethics**
17 months ago

Thank you for the additional information, which has been shared with the investigator. You should hear from the investigator soon and will be able to discuss your concerns directly with them. Jennifer Walmart US Ethics ** Please do NOT reply to this email address **

**Reporter**
17 months ago

(ADDITIONAL EVIDENCE) In addition to making efforts to undermine my professional reputation and character, Director Garcia specifically advised decision-makers to use "time in seat" as a reason for not selecting me for the role. She also informed me that she would be providing the newly appointed director with negative feedback regarding my performance, despite no valid basis for such criticism. This behavior reflects a continued pattern of discrimination aimed at preventing my career advancement.

**Reporter**

Pg 4 of 5

**Reporter**
17 month ago

Additional Submission of Additional Evidence for Discrimination Complaint have additional evidence to support the discrimination complaint I filed two weeks ago. I would like to bring further attention to recent actions taken by my director, Tatiana Garcia, in relation to the recruitment process for the Director Information Security position (R1986160), a role for which I applied based on my strong leadership in auditing and extensive experience. Director Garcia has made deliberate efforts to undermine both my professional reputation and character throughout this process. She has also informed me that she has provided a negative review of my performance to the newly appointed director, despite no legitimate grounds for such feedback. These actions appear to be part of a continued pattern of discrimination and unjust treatment, intended to block my career advancement.

**Communication from Ethics**
17 month ago

Thank you again for contacting Walmart Ethics. Your concern is being investigated. This process normally takes 4-6 weeks. Confidentiality in this matter is important to us, both out of respect for all parties involved and to ensure a fair and reliable investigation. Walmart does not tolerate retaliation against someone for reporting concerns. If you believe that you experienced retaliation for reporting your ethics concern, please tell us. Thank you for allowing us to look into this situation. ** Please do NOT reply to this email address **

**Reporter**
17 month ago

Further Examples of Disparate Treatment – September 17 and 19, 2024 • On Tuesday, September 17, 2024, at 4:00 PM, and again on • Thursday, September 19, 2024, at 2:43 PM, Laura left work early. • Tuesday September 25, 2024, at 2:06 PM and while I remained in the office as required by the new work schedule. This unequal treatment further highlights the favoritism and lack of consistency in applying rules and

Pg 5 of 6

Contact Us | Code of Conduct | Report a Concern | Follow-Up | FAQs | Integrity in Action | Search | Logout

...reliable investigation. Walmart does not tolerate retaliation against someone for reporting concerns. If you believe that you experienced retaliation for reporting your ethics concern, please tell us. Thank you for allowing us to look into this situation. ** Please do NOT reply to this email address **

**Reporter**
17month ago

Further Examples of Disparate Treatment – September 17 and 19, 2024 • On Tuesday, September 17, 2024, at 4:00 PM, and again on • Thursday, September 19, 2024, at 2:43 PM, Laura left work early, • Tuesday September 25, 2024, at 2:06 PM and while I remained in the office as required by the new work schedule. This unequal treatment further highlights the favoritism and lack of consistency in applying rules and expectations within the team.

**Reporter**
17month ago

Additional Evidence Historical Pattern: On 09/30/2024, I had a meeting with my Director, Tatiana Garcia, and Laura Bingaman regarding my performance. During this meeting, Tatiana provided unclear instructions, further supporting my claim of disparate treatment. The feedback from both the meeting and the follow-up email exemplifies this pattern of vague direction and inconsistent expectations. Current Evidence: The recent email sent by my Director, Tatiana Garcia, continues to reflect vague criticism, unclear guidance, and expectations that are not applied equally across the team. (See attached email for reference). The lack of specific examples in the feedback makes it difficult to address the concerns raised, unlike the more concrete and supportive feedback my colleagues receive. In addition to Unreasonable Expectations: Tatiana's demand for "significant improvement in two weeks" is unreasonable, especially without providing clear examples or resources to help me succeed. This further supports my claim that she is setting unattainable goals and deliberately withholding the support needed to meet her expectations. This pattern of unrealistic deadlines and inadequate guidance indicates an intent to create a paper trail that sets me up for failure

Contact Us | Code of Conduct | Report a Concern | Follow-Up | FAQs | Integrity in Action | Search | Lo

...ack my colleagues receive. In addition to Unreasonable Expectations: Tatiana's demand for "significant improvement in two weeks" is unreasonable, especially without providing clear examples or resources to help me succeed. This further supports my claim that she is setting unattainable goals and deliberately withholding the support needed to meet her expectations. This pattern of unrealistic deadlines and inadequate guidance indicates an intent to create a paper trail that sets me up for failure.

**Communication from Ethics**
18month ago

Irish Anderson, <br><br>Thank you for contacting Walmart Ethics. We are reviewing the concern you reported. After our initial review, we will update you on how we will handle your concern. We may need to request more information from you, refer you to other associates who are better able to answer your concern, or review your concern further for potential misconduct. If you need to add information, please reference WMT240910576 when you contact us.<br><br> Walmart does not tolerate retaliation against someone for reporting concerns. If you believe that you experienced retaliation for reporting your ethics concern, please tell us.<br><br> Thank you again for speaking up. <br><br> <b>Attention Oregon-based Associates:</b> If you are reporting concerns related to discrimination and/or harassment while working for Walmart Inc. or one of its subsidiary companies in the state of Oregon, please follow the link below to access your state-specific Discrimination & Harassment Prevention Policy. <br><br> https://one.walmart.com/content/uswire/en_us/work1/policies/people-policies/discrimination-harassment-prevention/dhpp-english/oregon.html ** Please do NOT reply to this email address **

**System**
18month ago

Report: WMT240910576 created

Start

Pg 6 of 6

EXHIBIT B-2

**Ethic /HR Open Door Complaint**

**Date: December 15, 2024**

11:59

HRC17103563

## HRC17103563

Number
**HRC17103563**

Opened for
**Irish Anderson (d0a0dz4)**

Priority
**Medium**

State
**Ready**

Opened
**12-15-2024 23:58:35**

Assignment group
**Associate Relations Intake**

Description
Formal Retaliation Complaint Against Senior Director (Tatiana Garcia) Request for Reassignment

To: Ethics Department

To whom this may concern Ethics Department or Relevant Contact

I am filing a formal complaint regarding retaliation and gaslighting behavior by my Senior Director by the name Tatiana Garcia These actions directly violate Walmart's anti retaliation policies and have created a hostile work environment that severely impacts my ability to perform my duties. As a result of this ongoing mistreatment, I am formally requesting to be reassigned to a different reporting structure to ensure a fair and supportive work environment.

This complaint builds upon my previous retaliation

walmartglobal.service-now.com

Email conversation with HR: Sent on Tuesday, January 21,2025 at 6:37PM

EXHIBIT B-3

**Irish Anderson**

**From:** Irish Anderson
**Sent:** Wednesday, January 22, 2025 7:55 AM
**To:** Dawn Scifres
**Subject:** RE: Irish Anderson's Formal Retaliation Complaint – Additional Evidence

Where exactly are you located

**From:** Dawn Scifres <Dawn.Scifres@walmart.com>
**Sent:** Wednesday, January 22, 2025 7:54 AM
**To:** Irish Anderson <Dirish.Anderson@walmart.com>
**Subject:** RE: Irish Anderson's Formal Retaliation Complaint – Additional Evidence

Yes, I am free until 8:30

**From:** Irish Anderson <Dirish.Anderson@walmart.com>
**Sent:** Wednesday, January 22, 2025 7:53 AM
**To:** Dawn Scifres <Dawn.Scifres@walmart.com>
**Subject:** RE: Irish Anderson's Formal Retaliation Complaint – Additional Evidence

I would love too as soon as possible. I'm in the office today. Are you available now

**From:** Dawn Scifres <Dawn.Scifres@walmart.com>
**Sent:** Wednesday, January 22, 2025 7:51 AM
**To:** Irish Anderson <Dirish.Anderson@walmart.com>
**Subject:** RE: Irish Anderson's Formal Retaliation Complaint – Additional Evidence

Hi Irish,
I am happy to meet and discuss. Please feel free to set some time up with me. I am typically in the office M-W if you want to meet face to face or Thursday and Friday via zoom.
Dawn

**From:** Irish Anderson <Dirish.Anderson@walmart.com>
**Sent:** Tuesday, January 21, 2025 6:37 PM
**To:** Dawn Scifres <Dawn.Scifres@walmart.com>
**Subject:** Irish Anderson's Formal Retaliation Complaint – Additional Evidence

My name is Irish Anderson and I am reaching out to formally request your assistance with a matter involving retaliation from my director, Tatiana Garcia. I have attached a detailed account of the situation, including additional evidence that highlights my concerns.

This issue stems from prior complaints I have filed with Ethics and through the Open-Door policy, and I believe recent actions by management are directly retaliatory. I kindly ask for your guidance and support in investigating this matter to ensure a fair resolution.

On Tuesday, January 21, 2025, from 4:00 PM to 4:45 PM, I attended a meeting with my director, Tatiana Garcia, in Room 303. During this meeting, Ms. Garcia informed me that I was being placed on a Performance Improvement Plan (PIP). However, the information she presented was vague, misleading, and unsupported. When I requested detailed explanations or specific examples to justify the PIP, she was unable to provide clarity and instead relied on fabricated and false statements about my performance.
Additionally, Ms. Garcia brought another director, Monica Ballard, who works in Information Security, to sit in the meeting and review my performance. Despite her presence, there was no clear evidence or specific details provided to support the claims being made about my performance. I believe Ms. Ballard's involvement was an attempt to add undue pressure and legitimacy to Ms. Garcia's baseless accusations.
I strongly believe this incident is further evidence of retaliation directly linked to my prior complaints filed with Ethics and through the Open Door policy. Ms. Garcia's actions appear to be a deliberate attempt to wrongfully terminate me by misrepresenting my performance and creating a false narrative. This aligns with a pattern of behavior I have previously reported, underscoring my concerns regarding retaliation.
Furthermore, when I declined to sign the PIP documentation due to its inaccuracies, Ms. Garcia instructed me to contact HR if I had any questions. Her inability to substantiate her claims, combined with the involvement of another director, further solidifies my belief that this is retaliatory in nature. This incident serves as additional evidence supporting my previous complaints, and I am formally requesting a comprehensive investigation into Ms. Garcia's actions and the circumstances of this meeting. Retaliation not only violates company policy but also undermines trust in the workplace, and I believe these actions must be addressed swiftly and appropriately.

Thank you for your prompt attention to this matter.

Warm regards,
Irish Anderson

Get Outlook for iOS

EXHIBIT
B-4

January 25, 2025
Reprot Number: WMT250113278

They close this one out



EXHIBIT B-5

**Proof Ethic Complaint**

February 20, 2025

Report Number: WMT250210982



EXHIBIT B-6

April 30,2025

- ☐ Report Number: WMT250417319

---

Contact Us | Code of Conduct | Report a Concern | Follow-Up | FAQs | Integrity in Action | Search




**Once you have submitted an ethics question or concern, you will be issued a Report Number and password.**

Use this information to check the status or to provide additional detail.

**Report: WMT250417319**

**^ Report Details**

Description of the Incident:

Subject: Escalating Retaliation and race discrimination, Invasion of privacy stalking and Harassment by Director Tatiana Garcia – Request for Formal Investigation Date: April 29,2025 Dear Walmart Ethics Team, I am writing to formally report an escalating incident of retaliation, targeted harassment, and personal boundary violations by my Director, Tatiana Garcia, which I believe directly violates Walmart's Standards of Conduct, Ethics & integrity policy, and federal protections under EEOC retaliation guidelines. On Monday, April 29, 2025, at 11:30 AM, I participated in a meeting led by Workplace Investigations investigator Justin Howell, under the belief that it was related to the existing retaliation complaint I have on file. Instead, I was informed that the meeting was convened in response to a Code of Conduct violation complaint filed against me by My director Tatiana Garcia. Tatiana alleged that I violated company policy by teaching as a professor at Arkansas Baptist College and Philander Smith University

Location of the Incident:

Country:United States of America
State: Arkansas
City: Bentonville

Report submitted on:

April 30,2025

---

Pg 1 of 4

REVIEW

End

**Reporter**
9month ago

Wrongful Termination and Layoff Notification During Protectec
FMLA Leave · Retaliation I am submitting th s message to prov
de an update and additional evidence for my ongoing EEOC co
mplaint against Walmart Inc. concerning reta iation. discriminat
ion, and FMLA interference. As of Wednesday. May 21, 2025. I h
ave reason to believe that I was included in a recent round of la
yoffs init ated by Walmart. Despite being on approved medical l
eave under FMLA, I received phone calls from both my Senior
Director. Fernando Martinez. and my direct supervisor. Tatiana
Garcia. on that date around 4:00 PM., which I did not answer. I
was not formally notified in wr ting about my termination. It is c
rucial to note that I was the only person terminated in my depar
tment, despite having submitted multiple internal complaints d
ocumenting retaliat on, harassment. and discr minatory behavio
r. Th s termination occurred while others. who did not engage in
protected activity and, in some cases, lacked comparable crede
ntials. rema ned employed without facing similar scrutiny or dis
c plinary action. The circumstances of my terminat on strongly s
uggest retaliation especially given the sequence of events: • Fil
ing multiple formal internal complaints • Being placed on a fabri
cated Performance Improvement Plan (PIP) immediately after •
Questioning my FMLA status • Experiencing surveillance and ha
rassment not encountered by other team members Since then.
I have received confirmation from multiple coworkers that I wa
s among those laid off. despite not receiving any direct or writt
en notice from Human Resources. Key points to highlight: • I a
m currently on approved FMLA leave. effective from May 2. 20
25. through June 9, 2025. • Prior to my leave, Tatiana Garcia pla

Contact Us Code of Conduct Report a Concern Follow-Up FAQs Integrity in Action

s among those laid off. despite not receiving any direct or writt
en notice from Human Resources. Key points to highlight: • I a
m currently on approved FMLA leave. effective from May 2. 20
25. through June 9. 2025. • Prior to my leave. Tatiana Garcia pla
ced me on a disputed Performance Improvement Plan (PIP), as
detailed in my previous EEOC rebuttal. • Walmart's recent layof
fs appear to have disproportionately affected individuals on PIP
s, reinforcing the retaliatory nature of my termination. This upd
ate serves as additional evidence to support potential violations
of: • The Family and Medical Leave Act (FMLA) – wrongful term
ination during protected leave • Title VII of the Civil Rights Act
– ongo ng reta iation and discriminatory treatment • EEOC reg
ulations protecting employees involved in investigations and co
mplaints I respectfully request that this information be reviewe
d and included in my existing charge. I will continue to provide a
ny future documentation or formal layoff communications fro
m Walmart as they become available.

**Reporter**
10month ago

I am writing to forma ly notify the ethic department that on Ma
y 6 2025 I filed an official police report with the Bentonville Po
lice Department regarding ongoing acts of cyberstalking and w
orkplace harassment committed by my director. Tatiana Garcia.
The report number is: #2025-'7'92 – Cyberstalking Complaint
Filed in Bentonville. Arkansas Th s action was taken in response
to escalating behavior that I believe is directly connected to ret
aliatory intent following mult ple internal complaints and an acti
ve EEOC investigation. The harassment includes. but is not limit
ed to: Tatiana is continued and repeatedly abusing and misusing
her authority by • Targeted surveillance of my personal activitie
s unrelated to work. including my academic affiliations and soci
al media: • Access my persona nformat on in Walmart system f
or personal reasoning outside of the scope of Walmart • Unwarr
anted interna, comp aints f ied against me based on misleading
or untrue information; • And continued efforts to underm ne m
y professiona responsibilities and mental well-being. Add tionall

Pg 2 of 4

or personal reasoning outside of the scope of Walmart • Unwarranted internal complaints filed against me based on misleading or untrue information; • And continued efforts to undermine my professional responsibilities and mental well-being. Additionally, I have documented communications that show: • Repeated denial of business-essential software. • Imposed tasks followed by harsh scrutiny. • And aggressive monitoring tactics that extend beyond the professional environment. I am requesting that this police report be officially added to my existing complaint case file for internal and legal review. I also respectfully request that a formal Ethics investigation be launched into these ongoing retaliatory actions to ensure a safe and unbiased work environment.

**Communication from Ethics**
10month ago

Hello. Thank you for contacting Walmart Global Ethics. Your concern has been forwarded to the appropriate department for review and to address as appropriate. Thank you. Ruth Walmart Global Ethics

**Communication from Ethics**
10month ago

Irish Anderson, <br><br>Thank you for contacting Walmart Ethics. We are reviewing the concern you reported. After our initial review, we will update you on how we will handle your concern. We may need to request more information from you, refer you to other associates who are better able to answer your concern, or review your concern further for potential misconduct. If you need to add information, please reference WMT250417319 when you contact us.<br><br> Walmart does not tolerate retaliation against someone for reporting concerns. If you believe that you experienced retaliation for reporting your ethics concern, please tell us.<br><br> Thank you again for speaking up. <br><br> <b>Attention Oregon-based Associates:</b> If you are reporting concerns related to discrimination and/or harassment whil

Pg 3 of 4

Hel o. Thank you for contacting Walmart Globa Ethics. Your concern has been forwarded to the appropriate department for review and to address as appropriate. Thank you. Ruth Walmart Global Ethics

**Communication from Ethics**
10month ago

Irish Anderson. <br><br>Thank you for contacting Walmart Ethics. We are reviewing the concern you reported. After our initial review, we will update you on how we will handle your concern. We may need to request more information from you, refer you to other associates who are better able to answer your concern, or review your concern further for potential misconduct. If you need to add information, please reference WMT250417319 when you contact us.<br><br> Walmart does not tolerate retaliation against someone for reporting concerns. If you believe that you experienced retaliation for reporting your ethics concern, please tell us.<br><br> Thank you again for speaking up. <br><br> <b>Attention Oregon-based Associates:</b> If you are reporting concerns related to discrimination and/or harassment while working for Walmart Inc. or one of its subsidiary companies in the state of Oregon please follow the link below to access your state-specific Discrimination & Harassment Prevention Policy. <br><br> https://one.walmart.com/content/uswire/en_us/work1/policies/people-policies/discrimination-harassment-prevention/dhpp-english/oregon.html

**System**
10month ago

Report: WMT2504'7319 created

Start

pg 4 of 4

PLAINTIFF'S EXHIBIT
C

# Police Incident Report

Date: July 08, 2025

## Incident Report

Bentonville Police Department
ORI Number: AR0040100

Print Date/Time: 07/08/2025 14:32
Login ID: cobpd\nikkin

Incident: 2025-00017192

| | | | |
|---|---|---|---|
| Incident Date/Time: | 5/6/2025 1:20:01 PM | Incident Type: | SPEAK TO OFFICER |
| Location: | 2301 SE ST ANDREWS BLVD 14<br>BENTONVILLE AR 72712 | Venue: | Bentonville |
| Phone Number: | (501)804-7214 | Source: | Telephone |
| Report Required: | No | Priority: | Low |
| Prior Hazards: | No | Status: | In Progress |
| LE Case Number: | | Nature of Call: | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 974 | Woo1415-Woods |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Reporting Person | anderson, irish | | (501)804-7214 | | Female | 02/17/1988 |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count | Date/Time |
|---|---|---|

Unit: 974

| Disposition | Count | Date/Time |
|---|---|---|
| HBO | 1 | 05/08/2025 13:59 |

Property

| Role | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## CAD Narrative

05/07/2025 : 11:32:49 cobpd\savannahw Narrative: RP sent the emails. The senior director (her boss) is asking where she is at and if she is in office. No signs of harassment or stalking. Just normal conversation from superior to employee. No report.
05/06/2025 : 13:59:29 cobpd\savannahw Narrative: possible report to follow once emails are recieved and reviewed.
05/06/2025 : 13:58:11 cobpd\savannahw Narrative: RP said her boss (director) at Walmart has been harassing her since september of 24. She didn't fully expand on what that entailed. RP said in April of this year, an internal investigator notified her that this director may have access to her person info (address, phone, social) She feels this isn't right. She feels the director is stalking her because she has her info and has emailed her while she is working asking where she is at.. RP said many times that she is worried that the Director is trying to "do something." RP said she has filed many complaints within Walmart that are still being investigated. RP said she would email me screenshots of these alarming emails.
05/06/2025 : 13:24:42 cobpd\carissar Narrative: handle by phone
05/06/2025 : 13:21:59 cobpd\carissar Narrative: *information
05/06/2025 : 13:21:52 cobpd\carissar Narrative: director using external ways for accessing her personal inforation
05/06/2025 : 13:21:06 cobpd\carissar Narrative: rp has questions regarding cyber stalking

May 20, 2025

# Disability and Leave Status

sedgwick

EXHIBIT
D-1

web: mySedgwick | phone: 800-492-5678 | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270 | postal: P.O. Box 14028, Lexington, KY 40512

D. Irish Anderson
Po Box 253
Bryant, AR 72089
Associate WIN: 231650526

Dear D. Irish:

We have reviewed your request for Short-Term Disability benefits ("STD pay") under the Associates' Health & Welfare Plan ("Plan") and a leave of absence. While your request for STD pay remains pending, your leave of absence has been approved. Please review the "Here's what you need to do next" section of this letter for what actions you would take in reference to the time that remains pending. Please contact Sedgwick if you have any questions or need additional support.

***Here are some important details about your disability pay and leave of absence request:***

**Leave**

- **Leave case number:** C505010204800501AA
- **Leave dates approved:** 05/05/2025 - 05/15/2025
  - Personal Medical Leave dates: 05/05/2025 - 05/15/2025 = **1.80 week(s)** (Non job-protected)
  - Federal Family and Medical Leave Act dates: 05/05/2025 - 05/15/2025 = **1.80 week(s)** (Job-protected)

  **Note:** Generally, you may not take more than 52 weeks of leave in a rolling 52 week period under any and all policies combined. Any approved time under this leave may be deducted from the 52 weeks that are available to you. For the dates listed as job-protected, you will generally be able to return to your position or an equivalent one.
- **Return to work date:** 05/16/2025

**Pay**

- **Disability claim number:** 4A25050BFG2-0001
- **Disability dates pending:** 05/05/2025 - 05/15/2025

**PTO:** You have **up to 14 days** of FlexTO for any unpaid portion of your leave of absence, once a decision has been made. If you have applied for Short-Term Disability benefits your FlexTO will be applied to the 7 calendar day waiting period. If your claim is denied, we will apply this time to any eligible unpaid time. Note, FlexTO may **not** be used while collecting or after exhausting Short-Term Disability, Parental, or Family Care Pay benefits.

**Note:** Paid leave benefits, including disability payments, are calculated as of the last day worked before a leave begins. These benefits will not be affected by any events that affect pay during a leave. If a Workday-based associate is on leave when a pay increase occurs, the pay rate change will appear in Workday, but it will not affect the amount of paid leave benefits during the leave.

June 9, 2025

# Paid Family Care Leave Approval

sedgwick

EXHIBIT D-2

web: mySedgwick® | phone: 800-492-5678 | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270 | postal: P.O. Box 14028, Lexington, KY 40512

D. Irish Anderson
Po Box 253
Bryant, AR 72089
Associate WIN: 231650526

Dear D. Irish:

We are pleased to inform you that your request for leave of absence has been approved. We are here to support you and to answer your questions as the process moves forward.

***Here are some important details about your leave of absence request:***

## Pay

- **Paid leave claim number:** C583062981-0001-01
- **Paid leave dates approved:** 05/19/2025 - 06/01/2025
  **Note:** The above paid family care leave is job protected. For the dates listed as job-protected, you will generally be able to return to your position or an equivalent one.

**PTO:** You have **up to 14 days** of FlexTO for any unpaid portion of your leave of absence, once a decision has been made. If you have applied for Short-Term Disability benefits your FlexTO will be applied to the 7 calendar day waiting period. If your claim is denied, we will apply this time to any eligible unpaid time. Note, FlexTO may **not** be used while collecting or after exhausting Short-Term Disability, Parental, or Family Care Pay benefits.

**Note:** Paid leave benefits, including disability payments, are calculated as of the last day worked before a leave begins. These benefits will not be affected by any events that affect pay during a leave. If a Workday-based associate is on leave when a pay increase occurs, the pay rate change will appear in Workday, but it will not affect the amount of paid leave benefits during the leave.

## Leave

- **Leave case number:** 4A25043JK0Y0001GI
- **Leave dates approved:** 05/19/2025 - 06/08/2025
  - Personal Paid Family Care Job Protected Leave dates: 05/19/2025 - 06/01/2025 = **2.00 week(s)** (Job-protected)
  - Personal Family Care Leave dates: 05/19/2025 - 06/08/2025 = **3.00 week(s)** (Non job-protected)
  - Federal Family and Medical Leave Act dates: 05/19/2025 - 06/08/2025 = **3.00 week(s)** (Job-protected)

  **Note:** Generally, you may not take more than 52 weeks of leave in a rolling 52 week period under any and all policies combined. Any approved time under this leave may be deducted from the 52 weeks that are available to you. For the dates listed as job-protected, you will generally be able to return to your position or an equivalent one.
- **Estimated return to work date:** 06/09/2025

***Here's what you need to do:***

→ Return to work

- **Plan your return to work:** You will need to notify Sedgwick and your Manager or People Partner seven days before your expected Return to work date.
- Please click the link or Scan the following QR code to watch a short video about the return to work process.